United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sheila Doss, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 22-20115-Civ-Scola |
| | ) |
| Life Insurance Company of North | ) |
| America, Defendant. | ) |

### **Order of Dismissal**

The Plaintiff has dismissed this case without prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 6.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on January 28, 2022.

Robert N. Scola, Jr.
United States District Judge